UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

      Plaintiff,

vs.                                                  Civil No. 04-75091
                                                       Honorable Avern Cohn
                                                       Mag Judge Paul J. Komives

ONE 1996 FORD EXPLORER
VIN:1FMCU24X4TUA55242, et al.

      Defendants.
_____/

### ORDER

Having reviewed the Plaintiff's Motion To Stay the Civil Proceedings, the Court finds that good cause appears for the stay requested by the government pursuant to 18 U.S.C. § 981(g)(1) in that it is probable that proceeding with civil discovery in this case will adversely affect the ability of the government to conduct the related criminal investigation, now, therefore;

IT IS HEREBY ORDERED that this civil forfeiture proceeding is stayed until the related criminal investigation and prosecution is concluded, or until further order of the Court.

**Dated:** September 20, 2005                  s/ Avern Cohn
                                               HONORABLE AVERN COHN
                                               United States District Court